IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT OVUORYE EMOJEVWE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:10cv229-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDER, JUDGMENT and DECREE that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The 28 U.S.C. § 2255 motion is DENIED and this case is DISMISSED with prejudice.

DONE this the 28th day of October, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE